IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONNIE D. WHITE,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 09-cv-293-DRH** |
| ) | |
| **GREGORY LAMBERT, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Pending in this action is a motion to dismiss certain defendants (Doc. 18), followed by a motion to amend the complaint (Doc. 22). White's proposed supplemental amended complaint does not include those defendants mentioned in his motion to dismiss. The only other change appears to be in changing the name of Defendant Kristin Hammersley to Kristin Kwasnewski; otherwise, the factual allegations appear to be identical to the amended complaint (Doc. 21).

The motion to amend is **GRANTED**, and the motion to dismiss is now **MOOT**. The Clerk is **DIRECTED** to file White's supplemental first amended complaint and make the noted corrections to the defendants in this action.[1]

    **IT IS SO ORDERED.**

    **DATED:   March 25, 2010.**

                                              /s/   DavidRHerndon
                                              **CHIEF JUDGE**
                                              **UNITED STATES DISTRICT COURT**

---

[1] White wishes to dismiss the following Defendants: Grace Hart, Mary Rollins-Hill, Shelby Dunn, Camille Malone, Lakesha M. Baker, Connie L. Kerr, Delores Humble, and Stacey Williamson.