IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DONNIE D. WHITE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **09-293-DRH-CJP** |
| | ) | |
| **GREGORY LAMBERT, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Stay Summary Judgment and/or Motion for Leave to Conduct Discovery Related to Exhaustion. **(Doc. 165)**.

The motion is moot insofar as it seeks leave to conduct discovery on the issue of exhaustion. On June 28, 2010, the Court granted defendants' motion seeking leave to conduct such discovery, and ordered that "All parties are granted leave to conduct discovery only on the issue of plaintiff's exhaustion of administrative remedies. Discovery as to all other issues is stayed." **See, Doc. 160.** That order and plaintiff's motion evidently crossed in the mail.

The Court previously granted plaintiff's motion for an extension of time to respond to defendants' motions for summary judgment. His responses are due on August 31, 2010. **See, Doc. 162.** If plaintiff is unable to meet that deadline, he may ask for another extension.

For the foregoing reasons, plaintiff's Motion to Stay Summary Judgment and/or Motion for Leave to Conduct Discovery Related to Exhaustion **(Doc. 165)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  August 11, 2010.**          s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**